UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

ALAN & BARBARA ROSENBERG          Chapter 7
                                  Case No. 08-59226-SWR
            Debtor.               Hon: Steven W. Rhodes
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $2.56, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 8 | ECast Settlement Corporation<br>Assignee of HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | $2.56 |
| | **TOTAL:** | **$2.56** |

Dated:  12/21/09                    /s/ Stuart A. Gold
                                    Stuart A. Gold, Trustee
                                    24901 Northwestern Hwy., Ste 444
                                    Southfield, MI 48075-2223
                                    (248) 350-8220
                                    stuart.gold@7trustee.net